KAWASHIMA LAW GROUP LLLC

JARED N. KAWASHIMA          6289
CHRISTIN D. WEHRSIG         10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii  96813
Telephone:  (808) 524-0030
Facsimile:  (808) 369-8396
E-mail: jared@klghawaii.com

Attorneys for Plaintiffs
TRUSTEES OF THE PAMCAH-UA
LOCAL 675 TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; PAMCAH-UA LOCAL 675 ANNUITY FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; PAMCAH-UA LOCAL 675 HEALTH & WELFARE FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; PAMCAH-UA LOCAL 675 VACATION & HOLIDAY FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, | CIVIL NO. 15-00053 DKW-BMK<br><br>**STIPULATED JUDGMENT**<br><br><br><br><br><br><br><br>(No trial date has been set.) |

| | |
|---|---|
| Mark K. Suzuki, Samuel T. Fujikawa; PAMCAH-UA LOCAL 675 TRAINING FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; PAMCAH-UA LOCAL 675 COOPERATION FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; and PLUMBING & MECHANICAL CONTRACTORS ASSOCIATION OF HAWAII, by and through their Administrator, ERINN LIU, <br><br>    Plaintiffs, <br><br> vs. <br><br>SMAC HAWAII INCORPORATED, a Hawaii corporation; MELVIN E. MUNG LIM, JR., individually; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, <br><br>    Defendants. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATED JUDGMENT

This Stipulated Judgment is entered into by and between Plaintiffs Trustees of the PAMCAH-UA LOCAL 675 Trust Funds ("Plaintiffs"), and Defendants SMAC HAWAII INCORPORATED, a Hawaii corporation ("SMAC HAWAII")

2

and MELVIN E. MUNG LIM, JR., individually ("Melvin Mung Lim") (collectively, "Defendants") by and through their undersigned counsel.  Plaintiffs and Defendants have agreed to resolve this matter through the entry of this Stipulated Judgment.  Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of Plaintiffs and against Defendants SMAC HAWAII and MELVIN E. MUNG LIM, JR., individually, in the amount of NINETY FOUR THOUSAND NINETY EIGHT AND 66/100 DOLLARS ($94,098.66), which consists of the following:

(1) $43,784.54 in delinquent contributions for the reporting period of September 2014 through January 2015;

(2) $7,147.50 in liquidated damages for the reporting period of May 2014 through February 2015;

(3) $41,016.12 as outstanding balance of the promissory note dated July 2, 2014;

(4) $2,150.50 for reasonable attorneys' fees and costs incurred;

Upon entry of this Stipulated Judgment, post-judgment interest at the statutory rate of ten percent (10%) per annum shall apply.

This Stipulated Judgment is entered pursuant to full and fair negotiations between the parties.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over the parties to enforce this Stipulated Judgment.

This is the final judgment and there are no other claims pending by or against any party.

DATED: HONOLULU, HAWAII, April 24, 2015.

/s/ Jared N. Kawashima
Attorney for Plaintiffs
TRUSTEES of the PAMCAH-UA
LOCAL 675 TRUST FUNDS

/s/ Melvin E. Mung Lim, Jr.
MELVIN E. MUNG LIM, JR.
President
SMAC HAWAII INCORPORATED,
a Hawaii corporation

/s/ Melvin E. Mung Lim, Jr.
MELVIN E. MUNG LIM, JR.,
individually

APPROVED AND SO ORDERED.

DATED:  May 4, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---
In the United States District Court For The District Of Hawaii; Civil No. 15-00053 DKW-BMK; PAMCAH-UA LOCAL 675 TRUST FUNDS et al, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa, et al., vs. SMAC HAWAII INCORPORATED, a Hawaii corporation, et al.; ***Stipulated Judgment***